656

No. 622. HARLAN, TRUSTEE, *v.* ARCHER. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Ogle Marbury* for petitioner. *Mr. Horace S. Whitman* for respondent.

No. 604. SARTOR ET AL. *v.* ARKANSAS NATURAL GAS Co. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. P. Bullis* for petitioners. No appearance for respondent.

No. 605. HALL *v.* CALIFORNIA. January 6, 1936. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Marshall B. Woodworth* for petitioner. *Mr. U. S. Webb* for respondent.

No. 608. ANDERSON ET AL. *v.* ST. LOUIS COKE & IRON CORP. ET AL. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Ford W. Thompson* for petitioners. *Mr. Daniel O. Hastings* for respondents.

No. 609. COOK *v.* CUTLER ET AL. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles A. Hart, Fletcher Rockwood, Omar C. Spencer,* and *Charles E. McCulloch* for petitioner. No appearance for respondents.